# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: San Francisco

UNITED STATES OF AMERICA,

**V.**

GUILLERMO ALEJANDRO ZARAGOZA, et al.,

FILED

FEB 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CR 08 0083

**DEFENDANT.**

**PJH**

INDICTMENT

VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1)
and 841(b)(1)(A)(viii) – Conspiracy to
Distribute and Possess with Intent to
Distribute Methamphetamine; 21 U.S.C. §§
841(a)(1), 841(b)(1)(A)(viii) and 841(b)(1)(B)
(viii) – Distribution and Possession with Intent
to Distribute Methamphetamine; 18 U.S.C. § 2
- Aiding and Abetting; and 21 U.S.C. § 853 -
Criminal Forfeiture.

A true bill.

_____
Foreman

Filed in open court this _____ day of
_____, 2008

_____
Clerk

Bail, $ ~

No Bail arrest warrants to issue
at later Date.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
      ☐ SUPERSEDING

─── OFFENSE CHARGED ───

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

See Penalty Sheet attachment.

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Guillermo Alejandro Zaragoza

DISTRICT COURT NUMBER

CR 08 - 0083

─── DEFENDANT ───  *PJH*

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

IS *NOT* IN CUSTODY
     Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
        summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction   }
6) ☐ Awaiting trial on other charges   }  ☐ Federal  ☐ State
        If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes       If "Yes"
been filed?   ☐ No        give date filed

DATE OF ▶        Month/Day/Year
ARREST
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## GUILLERMO ALEJANDRO ZARAGOZA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 4

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 5

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 6

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**OFFENSE CHARGED**

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

Eduardo Zaragoza

DISTRICT COURT NUMBER

CR 08 0083

**DEFENDANT**

PJH

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    **SHOW DOCKET NO.**
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant    **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICOLE M. KIM

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

4

## PENALTY SHEET ATTACHMENT:
## EDUARDO ZARAGOZA

**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment


**Count 5**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

**Count 6**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

──── **OFFENSE CHARGED** ────

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

See Penalty Sheet attachment.

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── **DEFENDANT - U.S** ───

▸ Manuel Corona Contreras

DISTRICT COURT NUMBER

CR 08    0083    PJH

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

──── **PROCEEDING** ────

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICOLE M. KIM

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction }   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▸   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▸   Month/Day/Year

☐ This report amends AO 257 previously submitted

──── **ADDITIONAL INFORMATION OR COMMENTS** ────

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

6

## PENALTY SHEET ATTACHMENT:
## MANUEL CORONA CONTRERAS

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 4

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 7

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

7

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**OFFENSE CHARGED**

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

┌─ **DEFENDANT - U.S** ─

▶ Richard Aldo Parodi

DISTRICT COURT NUMBER

CR 08    0083

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICOLE M. KIM

**NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT:
## RICHARD ALDO PARODI

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

☐ Petty

See Penalty Sheet attachment.  ☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:

See Penalty Sheet attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

┌─ **DEFENDANT - U.S** ─

Martin Estrada Zaragoza

DISTRICT COURT NUMBER

CR 08 — 0083

**DEFENDANT**

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  **SHOW DOCKET NO.**
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant  **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form  JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  NICOLE M. KIM

┌── **IS NOT IN CUSTODY** ──
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  If "Yes" give date filed
been filed?  ☐ No

**DATE OF ARREST**  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Date/Time:

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Before Judge:

## PENALTY SHEET ATTACHMENT:
## MARTIN ESTRADA ZARAGOZA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

### Count 3

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and Possession with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

☐ Petty

☐ Minor

See Penalty Sheet attachment.

☐ Misde-meanor

☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—— DEFENDANT - U.S ——

▶ Roberto Zaragoza Ruiz

DISTRICT COURT NUMBER

CR 08 0083

PJH

—— DEFENDANT ——

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     } SHOW DOCKET NO.

☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant     } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     NICOLE M. KIM

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  } If "Yes"
been filed?  ☐ No     give date filed

DATE OF
ARREST ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

/2

## PENALTY SHEET ATTACHMENT:
## ROBERTO ZARAGOZA RUIZ

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

☐ Petty

See Penalty Sheet attachment.    ☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:

See Penalty Sheet attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Lorenzo Carbajal

DISTRICT COURT NUMBER

CR 08    0083

─── DEFENDANT ───

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW DOCKET NO.

☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

─── *NOT* IN CUSTODY ───
Has not been arrested, pending outcome this proceeding
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

─── IS IN CUSTODY ───

4) ☐ On this charge

5) ☒ On another conviction                } ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST    ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## LORENZO CARBAJAL

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 3

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── **OFFENSE CHARGED** ───

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

See Penalty Sheet attachment.

PENALTY:
See Penalty Sheet attachment.

─── **DEFENDANT - U.S** ───
▶ David Bejines Quezada

**DISTRICT COURT NUMBER**
CR 08 — 0083

──── **DEFENDANT** ────

─── **PROCEEDING** ───

**Name of Complaintant Agency, or Person (& Title, if any)**
FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

──── **ADDITIONAL INFORMATION OR COMMENTS** ────

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## DAVID BEJINES QUEZADA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 8

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

17

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

David Blake Weld

DISTRICT COURT NUMBER

CR 08    0083

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction     ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:        SHOW DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant        MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## DAVID BLAKE WELD

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 3

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
                                  ☐ SUPERSEDING

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

See Penalty Sheet attachment.

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Juan Zaragoza

DISTRICT COURT NUMBER

CR 08    0083

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY    ☐ DEFENSE    } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant    } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
                    ☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICOLE M. KIM

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?    ☐ Yes    If "Yes" give date filed
                            ☐ No

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## JUAN ZARAGOZA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 5

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── OFFENSE CHARGED ───

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

See Penalty Sheet attachment.

PENALTY:

See Penalty Sheet attachment.

─── DEFENDANT - U.S ───

▶ Martel Murillo Valencia

DISTRICT COURT NUMBER

CR 08    0083

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges

**PJH**

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE  }

☐ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  }

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICOLE M. KIM

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## MARTEL MURILLO VALENCIA

### Count 1
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 5
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 8
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── **DEFENDANT - U.S** ───

▶ Angelica Maria Rodriguez

DISTRICT COURT NUMBER

# CR 08 0083

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     **SHOW DOCKET NO.**

☐ U.S. ATTORNEY    ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant     **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction }    ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## ANGELICA MARIA RODRIGUEZ

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 6

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**─ OFFENSE CHARGED ─**

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**─ DEFENDANT - U.S ─**

▶ Paul Anthony Kozina

DISTRICT COURT NUMBER
**CR 08    0083**

**PJH**

**─ DEFENDANT ─**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction        } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

**─ PROCEEDING ─**

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion          SHOW
   of:                                     DOCKET NO.
   ☐ U.S. ATTORNEY  ☐ DEFENSE         }

☐ this prosecution relates to a
   pending case involving this same
   defendant                               MAGISTRATE
                                           CASE NO.
☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this  }
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

Has detainer ☐ Yes    If "Yes"
been filed?   ☐ No     give date
                       filed

**DATE OF**            Month/Day/Year
**ARREST** ▶

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**    Month/Day/Year
**TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

**─ ADDITIONAL INFORMATION OR COMMENTS ─**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## PAUL ANTHONY KOZINA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 6

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) - Distribution and possession with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 5 to 40 years in prison; $2 million fine; at least 4 years supervised release; $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Penalty Sheet attachment.

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Armando Soto

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW DOCKET NO.

☐ U.S. ATTORNEY    ☐ DEFENSE  }

☐ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  }

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    NICOLE M. KIM

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Irma Corona

DISTRICT COURT NUMBER

CR 08 — 0083

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**    **PJH**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  }    ☐ Federal    ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?    ☐ Yes    If "Yes" give date filed  }
☐ No

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## IRMA CORONA

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

### Count 4

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and possession with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3

4

5

6

7

8 

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| UNITED STATES OF AMERICA, | ) No. CR: |
| | ) |
12 | Plaintiff, | ) |
13 | | ) CR 08        0083 |
14 | v. | ) |
15 | GUILLERMO ALEJANDRO ZARAGOZA, | ) VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1), |
| a.k.a. Moreno, | ) and 841(b)(1)(A)(viii) – Conspiracy to |
16 | EDUARDO ZARAGOZA, | ) Distribute and Possess with Intent to |
| a.k.a. Eduardo Zaragoza Ruiz, | ) Distribute Methamphetamine; 21 U.S.C. §§ |
| a.k.a. Lalo, | ) 841(a)(1), 841(b)(1)(A)(viii), and |
17 | MANUEL CORONA CONTRERAS, | ) 841(b)(1)(B)(viii) – Distribution and |
| RICHARD ALDO PARODI, | ) Possession with Intent to Distribute |
18 | a.k.a Pelon, | ) Methamphetamine; 18 U.S.C. § 2 - Aiding |
| MARTIN ESTRADA ZARAGOZA, | ) and Abetting; and 21 U.S.C. § 853 - |
19 | a.k.a. Manuel Guiterrez Sanchez, | ) Criminal Forfeiture |
| a.k.a. Martin E. Zaragoza, | ) |
20 | a.k.a. Rafael Hernandez, | ) |
| a.k.a. Manuel Sanchez Zaragoza, | ) SAN FRANCISCO VENUE |
21 | ROBERTO ZARAGOZA RUIZ, | ) |
| LORENZO CARBAJAL, | ) |
22 | DAVID BEJINES QUEZADA, | ) |
| a.k.a. David Bejinez Quesada, | ) **UNDER SEAL OF COURT** |
23 | a.k.a. David Quesadabejines, | ) |
| a.k.a. Bucana, | ) |
24 | DAVID BLAKE WELD, | ) |
| JUAN ZARAGOZA, | ) |
25 | a.k.a. Juan Manuel Zaragoza, | ) |
| MARTEL MURILLO VALENCIA, | ) |
26 | | ) |
27 | (Continued) | ) |
| | ) |

28

1

 

1   ANGELICA MARIA RODRIGUEZ,               )
        a.k.a. Chilanga,                    )
2       a.k.a. Angelica Kozina,             )
    PAUL ANTHONY KOZINA, and                )
3   IRMA CORONA,                            )
        a.k.a. Irma Corona Contreras        )
4                                           )
        Defendants.                         )
5   _____)

6                          I N D I C T M E N T

7   The Grand Jury Charges:

8   COUNT ONE: (21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii))

9       Beginning at a date unknown to the Grand Jury, but no later than March 15, 2007, and

10  continuing until November 23, 2007, both dates being approximate and inclusive, in the

11  Northern District of California and elsewhere, the defendants,

12                        GUILLERMO ALEJANDRO ZARAGOZA,
                                        a.k.a. Moreno,
13                               EDUARDO ZARAGOZA,
                          a.k.a. Eduardo Zaragoza Ruiz, a.k.a. Lalo,
14                           MANUEL CORONA CONTRERAS,
                                 RICHARD ALDO PARODI,
15                                     a.k.a. Pelon,
                              MARTIN ESTRADA ZARAGOZA,
16          a.k.a. Manuel Guiterrez Sanchez, a.k.a. Martin E. Zaragoza,
              a.k.a. Rafael Hernandez, a.k.a. Manuel Sanchez Zaragoza,
17                            ROBERTO ZARAGOZA RUIZ,
                                 LORENZO CARBAJAL,
18                             DAVID BEJINES QUEZADA,
        a.k.a David Bejinez Quesada, a.k.a. David Quesadabejines, a.k.a. Bucana,
19                               DAVID BLAKE WELD,
                                   JUAN ZARAGOZA,
20                            a.k.a. Juan Manuel Zaragoza,
                             MARTEL MURILLO VALENCIA,
21                           ANGELICA MARIA RODRIGUEZ,
                                     a.k.a. Chilanga,
22                             a.k.a. Angelica Kozina,
                              PAUL ANTHONY KOZINA,
23                                  IRMA CORONA,
                             a.k.a. Irma Corona Contreras,
24
    and others, did knowingly and intentionally conspire with others known and unknown to
25
    distribute and possess with intent to distribute a Schedule II controlled substance, to wit:  fifty
26
    (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation
27
    of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).
28

                                              2

1   COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

2   On or about March 20, 2007, in the Northern District of California, the defendants,

3                              RICHARD ALDO PARODI,
                                     a.k.a. Pelon,
4                             MARTIN ESTRADA ZARAGOZA,
               a.k.a. Manuel Guiterrez Sanchez, a.k.a. Martin E. Zaragoza,
5              a.k.a. Rafael Hernandez, a.k.a. Manuel Sanchez Zaragoza, and
                               ROBERTO ZARAGOZA RUIZ,

6   did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

7   controlled substance, to wit: fifty (50) grams or more of a mixture or substance containing a

8   detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and did

9   knowingly aid and abet such distribution and possession with intent to distribute the

10  aforementioned controlled substance, in violation of Title 21, United States Code, Sections

11  841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

12

13  COUNT THREE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

14  On or about June 19, 2007, in the Northern District of California, the defendants,

15                            MARTIN ESTRADA ZARAGOZA,
               a.k.a. Manuel Guiterrez Sanchez, a.k.a. Martin E. Zaragoza,
16             a.k.a. Rafael Hernandez, a.k.a. Manuel Sanchez Zaragoza,
                               LORENZO CARBAJAL, and
17                               DAVID BLAKE WELD,

18  did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

19  controlled substance, to wit: fifty (50) grams or more of methamphetamine, its salts, isomers,

20  and salts of its isomers, and did knowingly aid and abet such distribution and possession with

21  intent to distribute the aforementioned controlled substance, in violation of Title 21, United

22  States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

23

24  COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

25  On or about August 15, 2007, in the Northern District of California, the defendants,

26                         GUILLERMO ALEJANDRO ZARAGOZA,
                                     a.k.a. Moreno,
27                        MANUEL CORONA CONTRERAS, and
                                    IRMA CORONA,
28                            a.k.a. Irma Corona Contreras,

                                        3

1   did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

2   controlled substance, to wit:  five hundred (500) grams or more of a mixture or substance

3   containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers,

4   and did knowingly aid and abet such distribution and possession with intent to distribute the

5   aforementioned controlled substance, in violation of Title 21, United States Code, Sections

6   841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

7

8   COUNT FIVE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

9       On or about September 22, 2007, in the Northern District of California, the defendants,

10                      GUILLERMO ALEJANDRO ZARAGOZA,
                                 a.k.a. Moreno,
11                              JUAN ZARAGOZA,
                           a.k.a. Juan Manuel Zaragoza,
12                            EDUARDO ZARAGOZA,
                      a.k.a. Eduardo Zaragoza Ruiz, a.k.a. Lalo, and
13                         MARTEL MURILLO VALENCIA,

14   did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

15   controlled substance, to wit:  fifty (50) grams or more of methamphetamine, its salts, isomers,

16   and salts of its isomers, and did knowingly aid and abet such distribution and possession with

17   intent to distribute the aforementioned controlled substance, in violation of Title 21, United

18   States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

19

20   COUNT SIX: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

21       On or about September 28, 2007, in the Northern District of California, the defendants,

22                      GUILLERMO ALEJANDRO ZARAGOZA,
                                 a.k.a. Moreno,
23                            EDUARDO ZARAGOZA,
                      a.k.a. Eduardo Zaragoza Ruiz, a.k.a. Lalo,
24                         ANGELICA MARIA RODRIGUEZ,
                                a.k.a. Chilanga,
25                         a.k.a. Angelica Kozina, and
                          PAUL ANTHONY KOZINA,

26   did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

27   controlled substance, to wit:  five (5) grams or more of methamphetamine, its salts, isomers, and

28   salts of its isomers, and did knowingly aid and abet such distribution and possession with intent

                                        4

1   to distribute the aforementioned controlled substance, in violation of Title 21, United States

2   Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

3

4   COUNT SEVEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

5   On or about October 10, 2007, in the Northern District of California, the defendant

6   MANUEL CORONA CONTRERAS,

7   did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

8   controlled substance, to wit: fifty (50) grams or more of methamphetamine, its salts, isomers,

9   and salts of its isomers, and did knowingly aid and abet such distribution and possession with

10  intent to distribute the aforementioned controlled substance, in violation of Title 21, United

11  States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

12

13  COUNT EIGHT: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

14  On or about November 6, 2007, in the Northern District of California, the defendants,

15                          MARTEL MURILLO VALENCIA, and
                            DAVID BEJINES QUEZADA,
16       a.k.a David Bejinez Quesada, a.k.a. David Quesadabejines, a.k.a. Bucana,

17  did knowingly and intentionally distribute and possess with intent to distribute a Schedule II

18  controlled substance, to wit: fifty (50) grams or more of a mixture or substance containing a

19  detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and did

20  knowingly aid and abet such distribution and possession with intent to distribute the

21  aforementioned controlled substance, in violation of Title 21, United States Code, Sections

22  841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

23

24  FORFEITURE ALLEGATION: (21 U.S.C. § 853)

25      1.  The allegations of Counts One through Eight of this Indictment are realleged and

26  incorporated herein.

27      2.  Upon conviction of any of the offenses alleged in Counts One through Eight above, the

28  defendants,

5

1                             GUILLERMO ALEJANDRO ZARAGOZA,
a.k.a. Moreno,
EDUARDO ZARAGOZA,
a.k.a. Eduardo Zaragoza Ruiz, a.k.a. Lalo,
MANUEL CORONA CONTRERAS,
RICHARD ALDO PARODI,
a.k.a. Pelon,
MARTIN ESTRADA ZARAGOZA,
a.k.a. Manuel Guiterrez Sanchez, a.k.a. Martin E. Zaragoza,
a.k.a. Rafael Hernandez, a.k.a. Manuel Sanchez Zaragoza,
ROBERTO ZARAGOZA RUIZ,
LORENZO CARBAJAL,
DAVID BEJINES QUEZADA,
a.k.a David Bejinez Quesada, a.k.a. David Quesadabejines, a.k.a. Bucana,
DAVID BLAKE WELD,
JUAN ZARAGOZA,
a.k.a. Juan Manuel Zaragoza,
MARTEL MURILLO VALENCIA,
ANGELICA MARIA RODRIGUEZ,
a.k.a. Chilanga,
a.k.a. Angelica Kozina,
PAUL ANTHONY KOZINA,
IRMA CORONA,
a.k.a. Irma Corona Contreras,

shall forfeit to the United States all property constituting and derived from any proceeds the

defendants obtained, directly or indirectly, as a result of said violations, and any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of said

violations, including, but not limited to the following property:

        a.     a money judgment of not less than \$600,000, which represents the value of

             narcotics distributed by the defendants; and

        b.     \$10,720 in U.S. currency, which was seized pursuant to a search warrant

             executed on Manuel CORONA's residence at 3085 Balgray Court, San

             Jose, California on or about October 10, 2007.

2.     If, as a result of any act or omission of the defendant, any of said property

        a.     cannot be located upon the exercise of due diligence;

        b.     has been transferred or sold to or deposited with a third person;

        c.     has been placed beyond the jurisdiction of the Court;

        d.     has been substantially diminished in value; or

        e.     has been commingled with other property which without difficulty cannot

             be subdivided;

6

1    any and all interest defendants have in any other property (not to exceed the value of the above

2    forfeitable property) shall be forfeited to the United States.

3      All in violation of Title 21, United States Code, Sections 853(a)(1), (a)(2) and (p).

4

5    DATED: _02/19/08_                 A TRUE BILL

6

7                               FOREPERSON

8

9    JOSEPH P. RUSSONIELLO

10   United States Attorney

11

12   BRIAN J. STRETCH
     Chief, Criminal Division

13

14   (Approved as to form: _____ )
               AUSA Nicole M. Kim

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7