rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 2 M | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | | DEPUTY CLERK | | | REPORTER/FTR | | |
| **MINUTE ORDER** | | Karen L. Hom | | | FTR 9:47-9:49 | | |
| MAGISTRATE JUDGE | | DATE | | | NEW CASE | CASE NUMBER | |
| JOSEPH C. SPERO | | March 4, 2008 | | | ☐ | CR08-0083 PJH | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. ☐ RET. ☐ |
| Martel Murillo Valencia | | | Y | P | Robert Waggener | | APPT. ☒ |
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT ☐ | | COUNSEL APPT'D |
| Nicole Kim | | Melinda Basker - Spanish | | | SUBMITTED | ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR ☐ | | PARTIAL PAYMENT ☐ | |
| | Josh Libby | | | APPT'D COUNSEL | | OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

**FILED**

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |

MAR X 4 2008

| ARRAIGNMENT | | | | | |
|---|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

| PLEA | | | | | |
|---|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | | |

| CONTINUANCE | | | | | |
|---|---|---|---|---|---|
| TO: 03/12/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET | |
| AT: 10:30 AM (Spec. Setting) | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON. Judge Spero | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

| ADDITIONAL PROCEEDINGS |
|---|

Dft has an INS Hold. Dft is set to appear on 3/13/8 at 1:30 PM before Judge Hamilton for Status/Trial Setting.

KLH, JCS, NH

DOCUMENT NUMBER: