Mr. Robert Waggener
214 Duboce Ave.
San Francisco, CA 94103

Attorney for Defendant
MARTEL MURILLO VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 08-0083 PJH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CHANGE DATE OF |
| v. ) | IDENTIFICATION OF COUNSEL AND |
| ) | [PROPOSED] ORDER |
| MARTEL MURILLO VALENCIA ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nicole M. Kim, and attorney Robert Waggener, on behalf of his client, defendant MARTEL MURILLO VALENCIA, that the date for identification of counsel presently set for March 24, 2008 at 9:30 a.m. be continued to Thursday, March 27, 2008 at 9:30 a.m.

All parties agree that the time between the inception of this case and March 27, 2008 would be deemed excludable time pursuant to Title 18, United States Code, Section 3161, for continuity of counsel, and that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.

DATED: March 14, 2008     /s/ Nicole M. Kim
                          NICOLE M. KIM
                          Assistant U.S. Attorney

Stipulation to Change Date of ID of Counsel and
[Proposed] Order
Crim. No. 08-0083 PJH

1

DATED: March 14, 2008

/s/ Robert Waggener
_____
ROBERT WAGGENER
Counsel for Defendant

[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The identification of counsel in this case is continued to Thursday, March 27, 2008 at 9:30 a.m.

2. The period of time between the inception of this case and March 27, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED: March __, 2008

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

Stipulation to Change Date of ID of Counsel and
[Proposed] Order
Crim. No. 08-0083 PJH

2