1  Mr. Robert Waggener
2  214 Duboce Ave.
   San Francisco, CA 94103
3  Attorney for Defendant
   MARTEL MURILLO VALENCIA
4

5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                SAN FRANCISCO DIVISION
8
   UNITED STATES OF AMERICA        )   Crim. No. 08-0083 PJH
9                                  )
           Plaintiff,               )
10                                  )   STIPULATION TO CHANGE DATE OF
   v.                               )   IDENTIFICATION OF COUNSEL AND
11                                  )   [~~PROPOSED~~] ORDER
   MARTEL MURILLO VALENCIA          )
12                                  )
           Defendant.               )
13  _____  )
14

15      IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nicole

16  M. Kim, and attorney Robert Waggener, on behalf of his client, defendant MARTEL MURILLO

17  VALENCIA, that the date for identification of counsel presently set for March 24, 2008 at 9:30

18  a.m. be continued to Thursday, March 27, 2008 at 9:30 a.m.

19      All parties agree that the time between the inception of this case and March 27, 2008

20  would be deemed excludable time pursuant to Title 18, United States Code, Section 3161, for

21  continuity of counsel, and that the ends of justice served by granting a continuance outweigh the

22  best interests of the public and of the defendant in a speedy trial.

23
24
25  DATED: March 14, 2008              /s/ Nicole M. Kim
                                       NICOLE M. KIM
26                                     Assistant U.S. Attorney
27
28
   Stipulation to Change Date of ID of Counsel and
   [~~Proposed~~] Order
   Crim. No. 08-0083 PJH
                            1

| | |
|---|---|
| DATED: March 14, 2008 | /s/ Robert Waggener<br>_____<br>ROBERT WAGGENER<br>Counsel for Defendant |

[~~PROPOSED~~] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The identification of counsel in this case is continued to Thursday, March 27, 2008 at 9:30 a.m.

2. The period of time between the inception of this case and March 27, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED: March 17, 2008



HON. _____
United States _____ Judge

Stipulation to Change Date of ID of Counsel and
[~~Propose~~d] Order
Crim. No. 08-0083 PJH

2